# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT CABRERA, | 1:09-cv-01543-AWI-MJS-(HC) |
| Petitioner, | ORDER GRANTING RESPONDENTS MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |
| v. | |
| KELLY HARRINGTON, | [Doc. 15] |
| Respondent. | 30-DAY DEADLINE |

On May 3, 2010 this Court ordered respondent a response in a habeas corpus action pursuant to 28 U.S.C. § 2241 on or before July 6, 2010.  (Order, ECF No. 10.) On June 30, 2010, respondent filed a motion to extend time to file a responsive pleading.  Good cause having been presented to the court, IT IS HEREBY ORDERED that:

Respondents are granted thirty days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

Dated: July 2, 2010         /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE